■ DAVID MERRICK, Respondent, v. NEWS SYNDICATE Co. INC., Appellant. — Order entered September 25, 1969, denying defendant's motion to dismiss the complaint, unanimously reversed on the law, the motion granted, and the complaint dismissed, with $50 costs and disbursements to appellant. The cartoon claimed to be libelous is not, not even when explained in the strained manner plaintiff has employed, and defendant's demurrer should have been sustained. Concur — Stevens, P. J., Eager, Capozzoli and Markewich, JJ.